## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

*FILED*

*08 APR -2 PM 1:02*

### OFFICE OF THE CLERK
**2500 Tulare Street** E-filing
**Fresno, CA 93721**

*RICHARD W. WIEKING*
*U.S. DISTRICT COURT*
*CALIFORNIA*

USDC–Northern District of California
Attn: Clerk's Office
450 Golden Gate Avenue
San Francisco, CA 94102

CV 08    1764

SI    (PR)

**RE:        TONY BLACKMAN vs. RODERICK Q. HICKMAN**
**USDC No.:    1:08–CV–00406–LJO–DLB**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
March 27, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 3.**

  Documents maintained electronically by the district court are accessible through
  PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                    Very truly yours,

**March 28, 2008**        /s/  **M. Sondheim**
                    _____

                    Deputy Clerk

RECEIVED BY:        _____

                    Please Print Name

DATE RECEIVED:        _____

NEW CASE
NUMBER:            _____

Plaintiff's Name MR Touy BlackMan

Inmate No. V-22 349

Address Salinas Valley State Peison

P. O. BoX - 1050

Saleddo Calif. 93960-1050

E-filing

FILED

APR -2 PM 1:02

RICHARD W. WIEKING

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

MAR 2 0 2008

CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Tony BlackMan

_____

(Name of Plaintiff)

vs.

Rector of correction Roderick Q. Hickman

inf Inmate appeal officer U. DAVIS

ate Peison wareden K. Jones

ate Court Judge Steven R. Van Sicklen

te Court Judge Jonathan R. Price

ate Peison Chief Deputy warden B.D. Lewis

ite Peison Associate warden G. Ponder

_____

(Names of all Defendants)

1: 0 8 CV    0 0 4 0 6 LJO DLB PC

CV _____ 08 _____

(Case Number)

1 764

53/0

50

SI

(PR)

COMPLAINT

Civil Rights Act  42 U.S.C. § 1983

RECEIVED

MAR 2 0 2008

CLERK U.S. DISTRICT COURT

EASTERN DISTRICT OF CALIFORNI

BY _____

DEPUTY CLERK

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

A.  Have you brought any other lawsuits while a prisoner? Yes ✗ No ___

B.  If your answer to A is yes, how many? ___ 1 ___

Describe previous or pending lawsuits in the space below.

(If more than one, use back of paper to continue outlining all lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff ___ Tony BlackMan  Peison* numBer .V-22 349 ___

Defendants ___ Los Angeles Co. Superior Court Judge Steven R. Van Sicklen ___

___ 2 10 West Temple Street L. A. Calif 90012 ___

2. Court (if Federal Court, give name of District; if State Court, give name of County)

U. S. Federal District Court Eastern District Fresno Calif

3. Docket Number CIV-07-0946-AWI-WMW    4. Assigned Judge Anthony W. Ishii

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

Dismissed

6. Filing date (approx.) June 25.07    7. Disposition date (approx.) FeB 25.08

1

II.   **Exhaustion of Administrative Remedies**

    A.    Is there an inmate appeal or administrative remedy process available at your institution?

    Yes X__ No___

    B.    Have you filed an appeal or grievance concerning __ALL__ of the facts contained in this complaint?

    Yes X__ No___

    If your answer is no, explain why not_____

    _____

    _____

    _____

    C.    Is the process completed?

    Yes ___          If your answer is yes, briefly explain what happened at each level.
        N/A

    _____

    _____

    No X          If your answer is no, explain why not.

    Director of collection Roderick Q Hickman and Chief Inmate appeal officer
    U. Davis. Depriving Plaintiff of His Liberty To Exhaust Plaintiff
    administentive Remedy on appeal By Refusing To Enforce The Rights
    To appeal At Salinas Valley State Prison /See Buckner V. Hollius 983.F.2d    119.123
    (8th cir 1993) on Peace officer Duty To Intervene

**NOTICE:**    Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

III. **Defendants**

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A.    Defendant Roderick Q. Hickman _____ is employed as Director of
    Collections _____ at Sacramento Calif 94283-0001 _____

2

Sacramento Calif. Director of Collections mr Roderick Q. Hickman and Chief Inmate Appeal officer U. Davis. is Responsible For The Safe Custody of The Inmate Confined AT. Salinas Valley State Prison. In administrative Segregation Housing unit. O-8/ and is Responsible For Giving (notice) ! The First Initial and Last name of The Appeal Coordinator who will Process Appeal Grievance Complaint. upon. Request From The Inmate Inside state Prison. Due To Prison officials Denying Inmate's Rights To Appeal. Due To Discrimination /See Buckner V. Hollins. 983. F. 2d. 119. 123. 9th Cir 1993) on Peace officer Duty To Intervene To Protect Inmates From other officers Denying Inmate's Rights To Appeal due To Discrimination Inside State Prison/See California Code of Regulation Title 15. Section. 3271. Responsibility of Employee's To Protect Inmate Inside state Prison VERy) Employee (Regardless) of His or Her (Assignment) is Responsible For The Safe Custody of The Inmate Confined Inside state Prison/ and on August 16. 2007 Plaintiff Sent Director of Collection Roderick Q. Hickman and Chief Inmate appeal officer. U. Davis. appeal Grievance Complaint. Dated 8-16-07. Due To Plaintiff False Imprisonment/ under CASE# no. BA 250138 /See EXHIBIT.

Inmate appeal Grievance Complaint/ under IAB. Log# no. 07-05610 / Dated Sept 29. 2007 and See Willett V. Cunningham 826. F. 2d. 1208. 23. 25. (3d Cir 1987) on Notice To Appeal. Due To Plaintiff False Imprisonment /See California Code of Regulation Title 15. Section. 3084.1/ on Right To Appeal = In re Muszalski. 52 Cal. App. 3d. 500. (125. Cal. R.P.T.R. 286) (1975) on Right To Appeal and EXHAUST Plaintiff Administrative Remedy on appeal Inside state Prison/ But Due To unlawful. Influence Thru ial of Discrimination Grave mental Block Director of Collection Roderick Q Hickman and Chief Inmate appeal officer. U. Davis. Refuse To Acknowledge Plaintiff (notice) To Appeal = To Director of Corrections Roderick Q. Hickman and Chief Inmate appeal officer. U. Davis. and State court Steven R. Van Sicklen and State court Judge. Jonathan R. Price. Depriving Plaintiff His Liberty To Appeal Plaintiff. unlawful criminal Conviction/ under CASE no. BA 250 138. In state court

and Receive a copy of State court Decision /under CASE# no. BA250-138 (Printed) on Plaintiff state Petition a Writ of Habeas corpus./ See EXHIBIT. B / State Petition Due To State court. Depriving Plaintiff of His liberty /under a The 6th amendment To The U.S. Constitution Rights To (appear) In court For a court Hearing /on a State Petition. on criminal charge's Filed against Plaintiff For Battery with a Deadly weapon To Try To (coverup) attempted murder on Plaintiff Dated 6-26-04 and on 8-27 = To Plaintiff False Imprisonment. Due To Warden mr K. Jone's and Chief Deputy Warden mr C.D. Lewis. and Associate Warden mr G. Ponder. Depriving Plaintiff of His liberty To Receive Law library access and Service To File another state Petition /See Housley V. Dodson 41. F. 3d. 597. 598 1. (10th Cir 1994) and See Bounds V. Smith 430. U.S. 817. 97. U.S. Supreme court. 1491. (1977) a Law library access and Service To File another state Petition. Due To Director of corrections = Roderick Q. Hickman and Chief Inmate appeal officer U. Davis. Depriving Plaintiff of His liberty To (Appear) In court For a court Hearing /on a State Petition on criminal charge's Filed against Plaintiff Dated 6-26-04 and on 8-27-07 and on 7-8-03    Ra.c.Hll

on 1977 George Town Law Journal criminal procedure Page 1581 ight To Procedure Due Process The Fifth and Fourteenth amendment To The U.S. Constitution Prohibit The Government From Depriving an Inmate of Life or Liberty or Property without Due Process of Law. analysis of Procedural Due Process Questions Involves a Two part Inquiry 1. whether a Protected liberty or property Interest Has been Interfered with By The State and 2. whether Procedural Safeguards are Constitutionally Sufficient To Protect against any unjustified Deprivation Protected Liberty Interest can be created 1. By Due Process clause of its own Force 2. By a court order 3. By a Treaty and 4. By State Through Statutes a Regulation. The Due Process clause are Designed To Protect The Individual against arbitrary Government action / See Wolff V. Mc Donnell 418. U.S. 539. 558. 560. 935. 94. U.S Supreme court 2963 (1974)

Plaintiff Request He Receive (1) Copy of His Civil Suit Complaint Dated 3-16-08 _____ and a Court order Granting Plaintiff Application to Proceed In Forma Pauperis So Plaintiff Civil Suit Complaint Will Be Process without Payment. So Plaintiff can Be Awarded # 65. Million Dollars. Due to Plaintiff False Imprisonment and a Full-Pardon / under Criminal Case # no. BA250138 From The Governor of Calif. Due to Director of Corrections me Roderick Q. Hickman. and Chief Inmate Appel Fficer U. Davis. and State Court. Dept. 108. Judge Steven R. Van Sickler and State Court Dept. Jonathan R. Price. Depriving Plaintiff of His Liberty to (Appear) In Court For a Court Hearing on a State Petition For Writ of Habeas Corpus. on Criminal Charges Filed Against Plaintiff or Battery on an Inmate with a Deadly Weapon. To Try to (CoverUp) Attempted Murder on Plaintiff. Dated 5-16-04 and on 8-27-07. / Due to Plaintiff illegal Prison Condition.

False Imprisonment. Due to Capt That Got Promoted To Associate Warden Mr G. Pandee After The Federal Court order (Removal) From State Prison / under Case # no. Civ. 06-01868-ow ms. Due to Civil Rights Violation and Due To Chief Deputy Warden Mr C.D. Lewis. and Warden Mr K. Jone's. Depriving Plaintiff of His Liberty to Receive Law Library Access and Service. upon (Notice) By Federal Court Proof of Service Dated 3-2-08 and 3-3-08 / See Exhibit. C Federal Court Proof of Service. Attach to a 602 Appeal Requesting Law Library Access and Service To Plaintiff Can Another State Petition on Plaintiff False Imprisonment / See Bounds v. Smith 430.U. 17. 97. U.S. Supreme Court. 1491 (1977) on Law Library Access and Service. So Plaintiff Can File Another State Petition. on Plaintiff False Imprisonment and Receive Compensation For Plaintiff Mental and Physical Injuries. While Confined In State Prison / See Jolivet v. DeLand. 966. .2d. 573. 577 (10th cir 1992) and See Spell v. Mc Daniel. 824. F.2d. 1386. 1406. (4th cir 1987 n Emotional Distress and See How and v. Adkison. 887. F.2d. 134. (8th cir 1989) n Reckless DisRegard. Due To Director of Corrections Roderick Q. Hickman and Chief Inmate Appel officer U. Davis. and State Court. Judge Steven R. Van Sickler and State Court Judge Jonathan R. Price. Reckless DisRegard Plaintiff Request to (Appear) In Court For a Court Hearing / on a State Petition. on Criminal Charges Filed Against Plaintiff Dated 5-16-04 and on 8-27-07 For Battery on an Inmate with a Weapon To Try to (CoverUp) Attempted Murder on Plainti

ce Commonwealth: Every Subject of The Commonwealth ought to Find a Certain Remedy By Havin ecourse of the Law. For All Injuries or Wrong which he may Receive In His Person or roperty or Character he Ought to Obtain Rights and Justice Freely and without Being bliged to Purchase it completly and without any Denial Promptly and without Delay :onformably to the Law. / See Commonwealth v. Hanley 337. mass. 384. n.e. 2d. 608. 66. A.L.R. Ld.222 (1958)

H Rights To (Appear) In Court For a Court Hearing / on a State Petition on Criminal Charges Filed against Plaintiff Dated 5-16-04 and on 8-27-07 and on 7-8-03 on Appeal

See 1991 George-Town Law Journal Criminal Procedure Page 1581 Light to Procedural Due Process the Fifth and Fourteenth Amendment to the U.S Constitution Prohibit "The Government From "Depriving" an Inmate of Life or Liberty or Property without Due Process of Law. Analysis of Procedural Due Process Questions Involves a Two Part Enquiry 1. Whether a Protected Liberty or Property Interest Has Been Interfered with By the State and 2. Whether "Procedural Safe Guards" are Constitutionally Sufficient to Protect against any unjustified Deprivation Protected Liberty Interest Can Be Created 1. By Due Process Clause of its own Force 2. By a Court order 3. By a Treaty and 4. By State Through Statutes or Regulation The Due Process Clause are Designed To Protec The Individual "Against Arbitrary Government Action" / See Wolff v. Mc Donnell 418.U.S 539. 558. 560. 935. 94. U.S. Supreme Court 2963 (1974)

B.    Additional defendants

Chief Inmate Appeal officer U.DAVIS
State court Judge Steven R. Van Gicklen
State court Judge Jonathan R. Price
State Prison Warden K. Jones
State Prison Chief Deputy Warden C.D. Lewis
State Prison Associate Warden G. Ponder

IV.    **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

See Attach Sheet Statement of Claim

V. **Relief.**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

See Attach Sheet on Relief

I declare under penalty of perjury that the foregoing is true and correct.

Date  3-16-08                    Signature of Plaintiff  Tanya Blackmon

(revised 6/01/04)

3

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER,

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

September 23, 2007

BLACKMAN, TONY, V22349
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

RE: IAB# 0705610        LEGAL

Mr. BLACKMAN:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

The CDC 602, Inmate/Parolee Appeal Form, must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator.

N. GRANNIS, Chief
Inmate Appeals Branch. And Director of corrections Roderick Q Hickman. depriving Appellant of His Liberty To Receive Salinas Valley State Prison. Appeal Coordinator"

" notice "
Procedural Protection ( Denied )

* First Initial And Last name / fee title 15. Section. 3393. uniform Badges Insignia And Penal code Section 830.10. Peace officer, Identification First Initial And Last name of The Appeal Coordinator

So Appellant Can Forewhed His 602 Appeal Grievance Complaint. To The Appeal Coordinator At Salinas Valley State Prison

**\*\*\*\*PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE\*\*\*\***

*180 CVTTS) 64 Right To Appeal*

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**          Location: Institution/Parole Region    Log No.            Category
**APPEAL FORM**
CDC 602 (12/87)                    1. _____     1. _____    _____

                                   2. _____     2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| MR. TONY BLACKMAN | V-22349 | TOTAL MEDICAL DISABILITY | A-4/CELL-142 |

A. Describe Problem: On February 13. 2007 Los Angeles Co. Superior Court Dept-100 Judge Steven R. Van Sicklen was sent a (Notice) of appeal on a State Petition For Writ of Habeas Corpus, Due to Appellant unlawful Felony Conviction /under Case No BA250138/See Burkett V. Cunningham 826.F.2d.1208.23.25.(3d Cir.1987) Due to State Court Dept-100 Judge Steven R. Van Sicklen. Depriving Appellant of His Liberty To Appeal Appellant Criminal case# No. BA250138 In State Court And Receive A (Copy) of State court Decision/under case# No. BA250138 (Printed) on Appellant State Petition For Writ of Habeas Corpus /Dated 2-13-07 /See Exhibit, A

If you need more space, attach one additional sheet.          See Attach Sheet Page t

B. Action Requested: Appellant want To Know Why? is He Being Deprived of His Liberty To Appeal His case# No. BA250138 In State Court. So Appellant can (APPEAR) In Court on Criminal Charge's Filed Appellant on 5-26-84 and on 1-8-03 /So Appellant can Receive a Full Pardon and Be Awarded $ 65. million Dollars. Due To Appellant False Imprisonment

Inmate/Parolee Signature: _Tony Blackman_          Date Submitted: _8-16-07_

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____          Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim   Need Appeal Assignment notice Receipt
For 602 Appeal Dated 8-15-06. 5-21-07. 5-28-07. 8-1-07. 10-15-07.
12-5-07 . 2-3-08. 2-25-08 .1-22-08/ Procedural Protection

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied     ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                          Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied     ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

_____

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                               P.O. Box 942883
                                               Sacramento, CA 94283-0001
                                               Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

COC 602 (12/87)                      0705610                          Date: _____

on Right To A Speedy and Public Trial

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DEPT 100

| Date: | FEBRUARY 13, 2007 | | | |
|---|---|---|---|---|
| Honorable: | STEVEN R. VAN SICKLEN | Judge | J. PULIDO | Deputy Clerk |
| | NONE | Bailiff | NONE | Reporter |

(Parties and Counsel checked if present)

BH004463

In re,

TONY BLACKMAN,  FAlse Impeisounment /under Case# of. BA 250138

Petitioner,

On Habeas Corpus

Counsel for Respondent:

Nature of Proceedings:  ORDER RE: WRIT OF HABEAS CORPUS

The Court has read and considered the petition for a writ of habeas corpus filed January 22, 2007.

The principal purpose to be accomplished by this writ is to recover $65 million dollars from Judge David S. Wesley for refusing to allow petitioner to personally appear and argue the merits of a habeas corpus petition then pending in Department 100 of this Court. Since money damages may not be awarded in habeas proceedings, the petition for relief is denied. (See *State vs. Superior Court* 32 Cal. 4th 1234; *Holt vs. Kelly* 20 Cal. 3rd 560, 565.)

The court order is signed and filed this date. The clerk is directed to send notice.

A true copy of this minute order is sent to the petitioner via U.S. Mail as follows:

Tony Blackman
V-22349
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

THE DOCUMENT TO WHICH THIS CERTIFICATE IS
ATTACHED IS A FULL, TRUE, AND CORRECT ◌◌◌
OF THE ORIGINAL ON FILE AND OF RECO... ◌
MY OFFICE.

ATTEST ___FEB 1 4 2007___

JOHN A. CLARKE, Executive Officer/Clerk of the
Superior Court of the State of California for the county
of Los Angeles

By _____ , Deputy

JOSEPH M. PULIDO, S.C.C.
2:23:0

" Notice"

Peocedueal Peotection

( Denied )
State Petition
To ( Appear ) In Court



Minutes Entered
02-13-07
County Clerk

1

EXHiBiT
B

Notice Possessed under Restriction of evidence
State Petition To (APPEAR) In CouRT

FILED

JUN 0 6 2007

LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
_____DEPUTY
S. GARSIDE

1                 SUPERIOR COURT OF CALIFORNIA

2                   COUNTY OF MONTEREY

3

4   In re                          )   Case No.: HC 5673
                               )   ORDER

5       Tony Blackman                )
                               )

6              On Habeas Corpus.   )

7

8        Petitioner filed a petition for writ of habeas corpus.

9        Petitioner is currently incarcerated at Salinas Valley State Prison in Soledad.

10        This petition appears to concern the underlying case of *People v. Tony Blackman*, Los

11 Angeles County Superior Court, Case BA250138. Petitioner was convicted of attempted second

12 degree robbery (Pen. Code, §212.5(c)) and making a terrorist threat (Pen. Code, §422).

13        This petition also appears to concern the underlying case of *In re Tony Blackman*, Kern

14 County Superior Court, Case No. HC91-00. Petitioner filed a petition for writ of habeas corpus,

15 challenging his conviction and sentence in Los Angeles County Case BA250138. Petitioner also

16 challenged his confinement in the Administrative Segregation Unit pending the adjudication of a

17 charge for battery on an inmate with a deadly weapon. On January 26, 2006, Judge Kelly issued

18 an order denying the petition, HC91-00.

19        This petition appears to concern the Rules Violation Report (RVR) Log No. FB-04-05-

20 0027. Petitioner was issued an RVR for battery on an inmate with a deadly weapon. While

21 Petitioner was incarcerated at North Kern State Prison, Petitioner was found guilty of battery on

22 an inmate with a deadly weapon and was assessed 360-day credit forfeiture.

23        Petitioner has failed to meet his burden of pleading adequate grounds for relief. See

24 *People v. Duvall* (1995) 9 Cal.4th 464, 474. The petition is very confusing as to what specific

25 claims he is raising.

1

1    To the extent that Petitioner is challenging his conviction and sentencing in Los Angeles

2  County Superior Court Case BA250138, Petitioner should file a petition with the Los Angeles

3  County Superior Court.

4    To the extent that Petitioner is challenging Judge Kelly's order of January 26, 2006, the

5  petition should have been timely filed with the Fifth District Court of Appeal.

6    To the extent that Petitioner is challenging the guilty finding of battery on an inmate with

7  a deadly weapon (RVR Log No. FB-04-05-0027), the petition should have been filed with the

8  Kern County Superior Court in a timely manner.

9    In light of the foregoing, the petition is denied.

10    IT IS SO ORDERED.

11  Dated:  6-6-07

12

13                              Hon. Jonathan R. Price
                                Judge of the Superior Court  (DepARTMENT- 9)
14

15  DirecToR of CoRRectioN RoderiCk Q. HickMAN. DepRiViNg PetitioNee
16  of His LiBeRTy To ReceiVe A ReCAll of commitment/PeR TiTle 15
     SectioN 3076 And State CouRT Judge. JoNATHAN R. Price
17  DepRiViNg PetitioNee of His LiBeRTy To (AppeAR) IN CouRT FoR
18  A CouRT HeARiNg/oN A State PetitioN. oN cRiMiNAl ChARges;
     Filed AgAiNst PetitioNee DATed 9-8-03 ANd 5-26-04 ANd oN 8-27-07
19  FoR BATTeRy oN AN IuMATe with A "DeAdly WeAPON" To TRy To-
20  " CoveRUp" ATTeMpTed muRdeR oN PetitioNee DATed 8-27-07

21  See WASHiNgToN V. TexAS. #388. U.S. 14.18. L. Ed. 2d.1019. 87. U.S.
     SupReme CouRT. 1920 (1967) oN Right To A Speedy ANd PuBlic TRiAl
22  1. IN All CRimiNAl ProseCUTioN THe ACCUSed ShAll ENjoy THe Right's
     To A Speedy ANd PuBlic TRiAl By A ImpARTiAl JuRy of THe StAte
23  ANd DistRict whereIN THe CRime ShAll HAVe BeeN CommiTTed
     which DistRict ShAll HAVe BeeN PReViously ASCeRTHiNed By LAw.
24  ANd To Be INFoRMed of THe NATURe ANd CAUSe of THe ACCUSATioN
     To Be CoNFRoNTed with the witNesSeS AgAiNst Him ANd To HAVe
25  CompUlsoRy PRoCesS FoR oBTAiNiNg witNesseS IN HiS FAVoR
     ANd To HAVe THe ASSiStANce of CouNSel FoR His DeFeNSe
     2. N/oR ShAll ANy StAte DepRiVe ANy PeRSoN of Life oR LiBeRTy
     oR PRopeRTy withoUT Due PRoCesS of LAw
        See FulleR V. StAte. 391. S.W. 2d. 434. [Tex CRimiNAl App. (1966)

2

Case 3:08-cv-01764-Sl... w... Document Plea de e... Filed 04/02/2008... Page 13 of 26... 08-cv-01868-oww-sms



NORTH KERN STATE PRISON
INVESTIGATIVE SERVICES UNIT

Date:        June  22, 2004

To:          M. Junious
             Facility "B" Captain

Subject:     INCIDENT #NKP-B-04-05-0131
             RE: I/M BLACKMAN, CDC#: V-22349
             115 LOG # FB-04-05-0027

             The above referenced incident package was submitted to the Kern County
             District Attorney's office to consider criminal prosecution for PC4501.

             Offense: BATTERY ON AN INMATE.  with a Deadly weapon

             Incident date: 05-26-04.

             On June 22, 2004, North Kern State Prison Investigative Services Unit received
             notification that Kern County Deputy District Attorney, Chris White, DECLINED to
             prosecute this matter.

             This memorandum completes the Investigative Services Unit's interest in
             this matter. If you have any questions regarding this case, please contact Court
             Liaison Officer J. Wescott at extension 5535.

             D. McCall
             Correctional Lieutenant
             Investigative Services Unit

      cc:    Warden                          Central-File
             Chief Deputy Warden             ISU File
             Unit Associate Warden           ISU Evidence Officer
             Facility Captain                Ad. Seg. CCI
             Facility Lieutenant             Inmate

State Prison and State Court (Violating) Plaintiff Liberty to (appear) in Court For a Cause
leading on a State Petition / on Criminal Charge's Filed against Plaintiff on 5-26-04 and 8-21-0
See 1998 Deering Penal Code Section. 236. / on False Imprisonment (Defined) Punishment
Cal. Jur. 3d. (Rev) Criminal Law §§ 580. E.T. Seg. 236. False Imprisonment (Defined)
False Imprisonment is the unlawful Violation of the Personal Liberty of Another
Enacted. 1872. Witkin and Epstein Criminal Law. 2d. Ed. 441. 443. Witkin
Summary (9th Ed.) Tort. 318. Cal. Jur. 3d. (Rev) Assault and another wilful
Torture. 46. 47. Criminal Law. 580. E.T. Seg. 236. False Imprisonment
A:/DA-DEC        Due to [th... am... nd... n... t R... l... (...i... h...)



ITEM #**PA-1a**
ISU OFFICER K.ROSS   INITIAL _KR_
I.R. #NKP-B-04-05-0131



ITEM #**PA-1d**
ISU OFFICER K.ROSS   INITIAL _KR_
I.R. #NKP-B-04-05-0131



ITEM #**PA-1e**
ISU OFFICER K.ROSS   INITIAL _KR_
I.R. #NKP-B-04-05-0131



ITEM #**PA-1f**
ISU OFFICER K.ROSS   INITIAL _KR_
I.R. #NKP-B-04-05-0131

EVERY SUBJECT OF THE COMMONWEALTH OUGHT TO FIND A CERTAIN REMEDY BY HAVING RECOURSE TO THE LAW FOR "ALL INJURIES OR WRONG" WHICH HE MAY RECEIVE. IN HIS PERSON PROPERTY OR CHARACT HE OUGHT TO OBTAIN RIGHTS AND JUSTICE FREELY AND WITHOUT BEING OBLIGED TO PURCHASE. IT COMPLETELY AND WITHOUT ANY DENIAL PROMPTLY AND WITHOUT DELAY CONFORMABLY TO THE LAWS /SEE COMMONWEALTH V. HANLEY. 337. MASS 384. N E . 2d. 608. 66 A. L . R . 2d . 222 (1958).

DV-1.5.1

## CRIME / INCIDENT REPORT
### PART B1 - INMATE
CDCR 837-B1 (REV. 10/06)

Page 3 of 5

| INSTIUTTION | FACILITY | | INCIDENT LOG NUMBER |
|---|---|---|---|
| SVSP | CEN | | SVSP-CEN-07-08-0564 |

### INMATE (ENTIRE SHEET)

| NAME: LAST | | FIRST | | MI | CDC # | SEX | ETHNICITY | FBI #: | | CII # |
|---|---|---|---|---|---|---|---|---|---|---|
| BLACKMAN | | TONY | | NMI | V-22349 | M | BLA | | | |

| PARTICIPANT | CLASS SCORE | PVRTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | RELEASE Date Type | EXTRACTION | DOB | HOUSING |
|---|---|---|---|---|---|---|---|---|---|
| SUSPECT | 104 | NO | | | 09/07/2052 | | NO | 06/07/1953 | FAC A4 142 L |

| CURRENT INMATE LEVEL | ☑ N/A ☐ MHCB | ☐ CCCMS ☐ DDP | ☐ EOP ☐ DPP | ☐ DMH | COMMITMENT OFFENSE | COUNTY OF COMMITMENT |
|---|---|---|---|---|---|---|
| IV | | | | | | |

☑ N/A    DESCRIPTION OF INJURIES. LOCATIONS AND CAUSE

| ☑ N/A ☐ DECEASED DATE | ☐ TREATED AND RELEASED | ☐ HOSPITALIZED ☐ REFUSEO TREATMENT ☑ N/A | NAME/ LOCATION OF HOSP/ TREATMENT FACILITY |
|---|---|---|---|

| Reason For Death: | Is There ASCA Seious Injur ☑ N/A  PRISON GANG / DISRUPTIVE GROUP | VALIDATED / ASSOCIATED |
|---|---|---|
| ◉ No  ◯ Yes | | |

| NAME: LAST | | FIRST | | MI | CDC # | SEX | ETHNICITY | FBI #: | | CII # |
|---|---|---|---|---|---|---|---|---|---|---|
| WRIGHT | | DAVID | | NMI | J-77130 | M | BLA | | | |

| PARTICIPANT | CLASS SCORE | PVRTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | RELEASE Date Type | EXTRACTION | DOB | HOUSING |
|---|---|---|---|---|---|---|---|---|---|
| VICTIM | 52 | NO | | | | | NO | 03/22/1955 | FAC A 4 142U |

| CURRENT INMATE LEVEL | ☐ N/A ☐ MHCB | ☑ CCCMS ☐ DDP | ☐ EOP ☐ DPP | ☐ DMH | COMMITMENT OFFENSE | COUNTY OF COMMITMENT |
|---|---|---|---|---|---|---|
| IV | | | | | | |

☐ N/A    DESCRIPTION OF INJURIES. LOCATIONS AND CAUSE
ACTIVE BLEEDING ON BRIDGE OF NOSE,CUT AND LACERATION ON THE NOSE, SWOLLEN AREA LEFT FOREARM, LAC ERATION RIGHT CHIN (INJURY LOCATIONS : 1. FACE CAUSE: INMATE - 2. LEFT FOREARM - INMATE - 3. RIGHT LEG - INMATE -)

| ☑ N/A ☐ OECEASED DATE | ☐ TREATED AND RELEASED | ☐ HOSPITALIZED ☐ REFUSED TREATMENT ☑ N/A | NAME/ LOCATION OF HOSP/ TREATMENT FACILITY |
|---|---|---|---|

| Reason For Death: | Is There ASCA Seious Injur ☑ N/A  PRISON GANG / DISRUPTIVE GROUP | VALIDATED / ASSOCIATED |
|---|---|---|
| ◯ No  ◉ Yes | | |

Notice Due To warden K. Jones Allowing Sgt me L. Watson and Lt. me P. Rogue To
Violate CDC Title 15. Section 3316 (A-1) By Refusing To Attach A Justice Form 8715 (Rev 6/88)
Department of Justice of Arrest and Court Action And (Print) F.B.I. And Calif. Case Number
on Crime Incident Report Dated 8-27-07 (which is False And A (Violation) of 1998 Deering
Penal Code Section 118.1 Peace Officer (False Report) and A (Violation) of 1998 Deer
Penal Code Section 118. Perjury and Subernation
* Perjury is A Statement That is made under Oath and is Known To Be False And
merely To Establish A Charge of Perjury is To Prove That A Statement
That was made under Oath and is Known To Be False is To Justify A charge
of Perjury criminal Misconduct For Lying under Oath

See Supporting Evidence To Support Peace False Report Dated 8-27-07

**CRIME / INCIDENT REPORT**

| PART A1 - SUPPLEMENT CDCR 837-A1 (REV. 10/06) | | Page 2 of 2 | INCIDENT LOG NUMBER SVSP-CEN-07-08-0564 |
|---|---|---|---|
| INSTITUTION SVSP | FACILITY CEN | INCIDENT DATE 08/27/2007 | INCIDENT TIME 23:30 |

TYPE OF INFORMATION:

☑ SYNOPSIS/SUMMARY OF INCIDENT    ☐ SUPPLEMENTAL INFORMATION    ☐ AMENDED INFORMATION    ☐ CLOSURE REPORT

On August 28, 2007, at 0110 hours, A4 Floor Officer D. Maldonado was conducting a security check of Building A4 when he approached cell 142, occupied by Inmate's Blackmon V22349 and Wright J77130. Inmate Blackmon who was sitting in his wheelchair informed Officer Maldonado that he and Wright needed a cell move because they weren't getting along. Officer Maldonado contacted A Program Sergeant L. Watson who arrived to the cell door with the Facility A Search and Escort Officer S. Rodriguez. Officer Rodriguez and Sergeant Watson noticed Inmate Wright who was laying on the top bunk had a cut on his nose and blood running down his face. Inmate Wright stated "He hit me with his cup" Inmate Blackmon who was by the cell door stated to Sergeant Watson "I hit him so take me to Ad-Seg". Sergeant Watson instructed both inmates to submit to restraints. Inmate Blackmon was placed into waist restraints and Inmate Wright was placed into handcuffs. Both Inmates were escorted from the cell and escorted to the "A" program holding cells without incident. Inmate Blackmon was placed into holding cell #3 and Inmate Wright was placed into holding cell #2 without incident. A Search of the cell was completed and a state cup wrapped in a state blue shirt was located.

Suspect: Inmate Blackmon V22349 (A4-142L)

Victim: Wright J77130 (A-4 142U)

Use of Force: No Force was used in this incident.

Escorts: Officers S. Rodriguez and J. Arreola escorted Inmate Blackmon to holding Cell #3. Officer Maldonado and Sergeant Watson escorted Inmate Wright to holding cell 2.

Crime Scene/Evidence: Officer Maldonado collected 1 state cup wrapped in a blue state shirt and placed it into sub-evidence locker#11

Video Tape Evidence: N/A

Medical/Mental Health: Registered Nurse C. Larson completed a medical evaluation (CDCR 7219) on both Inmate's Blackmon and Wright. Noted for Inmate Blackmon: no injuries. Noted for Inmate Wright: Cut to bridge of nose with active bleeding, swollen left fore arm and cut to right leg knee area. Inmate Wright required sutures to the noose and right leg however, Inmate Wright refused. Glue and steri-strips were used instead. Inmate Blackmon is not a participant in Mental Health Delivery System at any level of care. Inmate Wright is a participant in Mental Health Delivery System the CCCMS level of care.

Conclusion: Inmate Blackmon will be issued a serious rule violation (RVR) for the specific act of "Battery on an inmate with a Weapon Resulting in SBI," a division "A1" offense.

Notifications: This incident will be referred to the Monterey County District Attorney's office, and will be handled Administratively. All appropriate staff were notified of this incident. You will be apprised of any further developments in this matter via supplemental report.

_Due To 602 Appeal Reprisals Action Retaliation Due To Prison officials unLawFully Confiscating 602 Appeal dated 8-15-06 And 8-1-07 So I can't Have Any (ProoF) I Requested Protection From Prison officials To (Prevent) Crime Incident Dated 8-27-07 In State Prison /See Nelson V. Collins .659.F.2d.420 (4th Cir 1981) which ProhiBit Double Celling. Due To History of Prison Cell-Violence_

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) P. ROQUE | TITLE. CORRECTIONAL LIEUTENANT | IO# | BADGE # |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE | DATE 8/29/07 |
| NAME OF WARDEN / AOD (PRINT/ SIGN) K JONES | TITLE CUSTODY CAPTAIN | | DATE 9/19/07 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

mr Tony Blackmun
cdc# no.V-22349
_____

v.
K. Jones., G.D. Lewis, C. Ponder
L.K. Mensing
_____

Salinas Valley State Prison
P.O. Box-1050
Solonad Calif 93960                /

**Case Number:**

**PROOF OF SERVICE**

    **I hereby certify that on**    MARCH 3·08   , I served a copy

of the attached    Proof of Service _____ ,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

Salinas Valley State Prison
_____ :

**(List Name and Address of Each**
**Defendant or Attorney Served)**

**I declare under penalty of perjury that the foregoing is true and correct.**

Tony Blackman
_____
**(Signature of Person Completing Service)**

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | _____ |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Tony Blackman | V-22349 | T.W.D | D-8/cell-117 |

A. Describe Problem: ou 3-2-08 Appellant Sent Chief Deputy Warden Mr B.D. Lewis and Associate Warden Mr G. Ponder and Counselor 2. Mr L.K. Mensing Notice By A Federal Court Proof of Service and on 3-3-08 Appellant Sent Warden Mr K. Jone's Notice By A Federal Court Proof of Service Attach To A 602 Appeal and A Copy of Third Appellate Court Decision Regarding Law Library Access and Service/see Housley V. Dodson 41.F.3d.591. 98.99.(10th Cir 1994) and See Bounds V. Smith 430 U.S. 817.77. U.S. Supreme Court 1491 (1977) on Law Library Access and Service

If you need more space, attach one additional sheet.

B. Action Requested: Appellant want to know why State Prison K.Jones./C.D.W./G.D.Lewis A/W. G.Ponder and CC.II L.K.Mensing Depriving Appellant of His Liberty under Penal Code Section 261 of the First Amendment To The U.S.Constitution Rights To Receive Law Library Access and Service To File Another State Petition

Inmate/Parolee Signature: _Tony Blackman_     Date Submitted: **3-2-08**

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 12B, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

Date Submitted: _____

CDC Appeal Number:

" 602 Appeal Confiscated "

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:    Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
     P.O. Box 942883
     Sacramento, CA 94283-0001
     Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

IN THE

# Court of Appeal of the State of California

IN AND FOR THE

## THIRD APPELLATE DISTRICT

Copy of This State Petition
From The Thied appellate couet
Given To waeden K.Joues
Chief Deputy waeden G.D.Lewis
associate waeden G.Pender
and CC-II L.K.Mensing.
Confiscated

# FILED

FEB - 1 2007

COURT OF APPEAL - THIRD DISTRICT
DEENA C. FAWCETT

In re TONY BLACKMAN on Habeas Corpus.          BY_____ Deputy

C054710
Monterey County
No.

BY THE COURT:

The petition for writ of habeas corpus is denied.

Dated: February 1, 2007

SCOTLAND, P.J.

ARTHUR G. ScotLand
----------------------------------

cc: See Mailing List

Thied appellate couet Depeived Plaintiff of His Liberty To Receive A
copy of Thied appellate couet Decision /undea case* No. BA250138
(Peinted \on Plaintiff State Petition Dated 2.1-07 / But Thied appellate couet
Refuse To Listeu To Reason To Peint case* No. BA250138 /ou State Petition Dated, 2.1.0
Notice.

Some people are Iu Denial Due To Subconsciously Having A Peoblem causing The
Iudenial of Some people Fearing"whAt THe TRuth might Hold"Causing The Iudenial
of Some people Refusing To Face Any Peoblem Iu Life That they might Have A Re
Reason" with other people To TRy To Solve There Peoblem Iu Life.
with out Criticizing" Being Negative Toward othe'R people Peoblem Iu Life
Remember.

Tony Blackman V-22349
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

---

Notice Plaintiff Should Be Awarded # 65 million From The 7. Defendants
Named In Plaintiff Civil Suit Complaint Dated: _____
Sacramento Calif. Director of Corrections Roderick Q. Hickman
and Chief Inmate Appeal officer. N. Davis. ( Sued For # 25. Million Dollars
.alinas Valley State Prison. Warden K. Jone's and Chief Deputy Warden G.D. Lewis
and Associate Warden G. Ponder / Sued. For # 10. Million Dollars / Financial Dept
os Angeles Co. Superior Court Dept 100, Judge Steven R. Van Sicklen
Sued For # 15. Million Dollar's / Financial Dept.

Monterey Co. Superior Court Dept. 9. Judge Jonathan R. Price
Sued For # 15. million Dollar's / Financial Dept.

ue To Plaintiff Being Deprived of His Liberty To Receive Procedural Protection. Se Plainti
un (Appear) In Court For a Court Hearing / on criminal Charge's Filed Against Plaintiff For Batter
u an Inmate with a Deadly Weapon To Try To (Coverup) attempted murder on Plaintiff Dated
5-26-04 and Dated 8-21-07 / see Procedural Protection / under The Fourteenth Amendment To
He U.S. Constitution / when State Deprive's a Person of Liberty it "must" Provide That Person
with Procedural Protection / See Matthew V. Eldridge. 424. U.S. 319. 335. 96. U.S. Supreme
ourt. 893. (1976) on Procedural Protection / See Buckner V. Hollins. 983. F.2d. 119. 128.
8th Cir 1993) on Peace officer Duty To Intervene To (Stop) other officers. unnecessary
(Discrimination) By Depriving Prisoner of there Liberty / under the 6th Amendment To The
U.S. Constitution Rights To (Appear) In Court For a Court Hearing / on criminal Charge's
Filed against Plaintiff Dated 5-26-04 and on 8-21-07 (In 48-Hours)

see 2002 California Penal Code Section 825. Appearance Before Magistrate Judge. In 48.H.
unnecessary Delay maximum Time. Rights of attorney To visit Prisoner. Refusual To
Permit visit. offense Forfeiture. Justify Reversal of Conviction
See People V. Jackson (App. 2. Dist. 1960) 6. Cal. R. p.T.R. 884. 183. Cal. App. 2d.
562. criminal Law. / see Washington V. Texas 388. U.S. 14. 18. 87. U.S. Supreme Court. 1920
(1967) on Rights To a Speedy and Public Trial. on criminal Charge's
on offense Forfeiture. Which Justify Reverse of criminal Conviction
of a State Prisoner. Due To False Imprisonment / under cHsa# no. BA150138

see Procedural Protection To (Stop) The State Dept of Correction Prison officials
obstructing Justice (Interfering) In State Court and Federal Court (Proceeding)

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TONY BLACKMAN,                          1:08-cv-00406-LJO-DLB (PC)

12              Plaintiff,                    ORDER TRANSFERRING CASE TO THE
                                             NORTHERN DISTRICT OF CALIFORNIA
13   vs.

14   RODERICK Q. HICKMAN, et al.,

15              Defendants.

16   _____/

17   _____Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to

18   42 U.S.C.  § 1983.

19              The federal venue statute requires that a civil action, other than one based on diversity

20   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

21   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

22   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

23   is situated, or (3) a judicial district in which any defendant may be found, if there is no district in

24   which the action may otherwise be brought." 28 U.S.C.  §  1391(b).

25         In this case, none of  the defendants reside in  this district.  The claim arose in Monterey

26   County, which is in the Northern District of California.  Therefore, plaintiff's claim should have

27   been filed in the United States District Court for the Northern District of California.  In the interest

28   of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.

                                              –1–

1    See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

2       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

3 District Court for the Northern District of California.

4       IT IS SO ORDERED.

5    **Dated:**    **March 27, 2008**       **/s/ Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE

CLOSED, IFP_PENDING

# U.S. District Court
# Eastern District of California - Live System (Fresno)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00406-LJO-DLB
# Internal Use Only

(PC) Blackman v. Hickman et al
Assigned to: District Judge Lawrence J.
O'Neill
Referred to: Magistrate Judge Dennis L.
Beck
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/20/2008
Date Terminated: 03/28/2008
Jury Demand: None
Nature of Suit: 550 Prisoner:
Civil Rights
Jurisdiction: Federal Question

## Plaintiff

**Tony Blackman**                    represented by **Tony Blackman**
V-22349
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050
PRO SE

V.

## Defendant

**Roderick Q. Hickman**
*Director of Corrections*

## Defendant

**U. Davis**
*Chief Inmate Appeal Officer*

## Defendant

**K. Jones**
*State Prison Warden*

**Defendant**

**Steven R. VanSicklen**
*State Court Judge*

**Defendant**

**Jonathan R. Price**
*State Court Judge*

**Defendant**

**G.D. Lewis**
*State Prison Chief Deputy*

**Defendant**

**G. Ponder**
*State Prison Associate
Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2008 | ◉ 1 | (1983) COMPLAINT against Roderick Q. Hickman, U. Davis, K. Jones, Steven R. VanSicklen, Jonathan R. Price, G.D. Lewis, G. Ponder by Tony Blackman. (Esteves, C) (Entered: 03/21/2008) |
| 03/20/2008 | ◉2 | MOTION to PROCEED IN FORMA PAUPERIS by Tony Blackman. (Esteves, C) (Entered: 03/21/2008) |
| 03/21/2008 | ◉ | (Court only) ***STAFF NOTE: Case screened; order to transfer to Northern District of CA submitted to DLB/nc. (Esteves, C) (Entered: 03/21/2008) |
| 03/28/2008 | ◉3 | ORDER, CASE TRANSFERRED to District Court for the Northern District of California signed by Magistrate Judge Dennis L. Beck on 3/27/2008. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Sondheim, M) (Entered: 03/28/2008) |

| 03/28/2008 | ❍ | SERVICE BY MAIL: 3 Order, Case Transferred Out to Another District served on Tony Blackman. (Sondheim, M) (Entered: 03/28/2008) |
|---|---|---|
| 03/28/2008 | ❍4 | TRANSMITTAL of DOCUMENTS on *3/27/2008* to * USDC-Northern District of California* *Attn: Clerk's Office* *450 Golden Gate Avenue* *San Francisco, CA 94102*. *Electronic Documents: 1 to 3.* (Sondheim, M) (Entered: 03/28/2008) |