# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

Mr. Tony Blackman

E-filing

Plaintiff

V.

Director of Collection Roderick Q Hickman

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: CV 08 1764 SI (PR)

I, __Tony Blackman__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Salinas Valley State Prison__

    Are you employed at the institution? __No__   Do you receive any payment from the _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed? N/A   ☒ Yes   ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. N/A

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☒ Yes N/A   ☒ No
    b. Rent payments, interest or dividends   ☒ Yes N/A   ☒ No
    c. Pensions, annuities or life insurance payments   ☒ Yes   ☒ No
    d. Disability or workers compensation payments   ☐ Yes   ☒ No
    e. Gifts or inheritances   ☐ Yes   ☒ No
    f. Any other sources   ☐ Yes   ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. See attach statement

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value. N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. TEN. Family MemBers

I declare under penalty of perjury that the above information is true and correct.

3-16-08                                Tony Blackman
_____                            _____
Date                                   Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RORT ID: TS3030 .701                                              REPORT DATE: 01/11/08
                                                                  PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 11, 2008

COUNT NUMBER : V22349                    BED/CELL NUMBER: FDBBT1000000117L
COUNT NAME   : BLACKMAN, TONY            ACCOUNT TYPE: I
IVILEGE GROUP: D
                             TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                             TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL          CURRENT        HOLDS         TRANSACTIONS
 BALANCE      DEPOSITS     WITHDRAWALS      BALANCE       BALANCE        TO BE POSTED
----------   ----------    -----------     ----------    ----------     -------------
   0.00         0.00          0.00           0.00          0.00              0.00

                                                                          CURRENT
                                                                         AVAILABLE
                                                                          BALANCE
                                                                         ---------
                                                                           0.00
```

Notice if Plaintiff can't Receive Procedural Protection To Stop unnecessary Deprivation Cruel and unusual Punishment By Denying Rights To Appeal And Exhaust Administrative Remedy on Appeal In State Prison / See Procedural Protection / Under the Fourteenth Amendment To The U.S. Constitution / When the State Deprive's A Person of Liberty it must Provide that Person with Procedural Protection / See Matthews V. Eldridge 424. U.S. 319. 335. 96. U.S. Supreme Court. 893 (1976) on Procedural Protection To Stop unnecessary Deprivation Cruel and unusual Punishment By Denying Rights To Appeal And Exhaust Administrative Remedy on Appeal Restraining Order Inside State Prison

See Buckner V. Hollins 983.F.2d.119.123.(8th Cir 1993) on Peace Officer Duty To Intervene To Stop unnecessary Deprivation Cruel and unusual Punishment Inside State Prison