"Notice Amend-Complaint" Amend-Complaint
See Local Rule 15-220
Due Prison officials obstruction Interfering

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  Blackman  Tony
         (Last)         (First)         (Initial)

Prisoner Number  V-22344

Institutional Address  Salinas Valley State Prison. P.o.Box.1050/Soledad CA.93960

====================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tony Blackman
(Enter the full name of plaintiff in this action.)

vs.

State Prison officer T. TRAN

State Prison officer M.G. Ramos

State Prison officer Guerra. R

State Prison officer J. Garcia
(Enter the full name of the defendant(s) in this action)

Case No. CIV-08-1764-PR-SI
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.    Place of present confinement  Salinas Valley State Prison

B.    Is there a grievance procedure in this institution?

         YES (X)      NO ( )

C.    Did you present the facts in your complaint for review through the grievance procedure?

         YES (X)      NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. 602 Appeal unlawfully Confiscated

COMPLAINT                            - 1 -

1. Informal appeal _Denied Due To Appeal Retaliation_
_unlawfully Confiscated /c/o T.TRAN./c/o M.G.RAMOS./c/o Guerra./c/o J.Garcia._

2. First formal level _Rejected Due To Retaliation_

3. Second formal level _Prevented Due To Retaliation_

4. Third formal level _Prevented Due To Retaliation_

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )    NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. _unLawful Influence unit officers unlawfully Confiscated 602 Appeal Complaint and the Appeal office (Reject) 602 Appeal Complaint Due To 602 Appeal Retaliation_

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
_MR Tony Blackman # V-22349 / P.O. Box-1050 Soledad Calif. 93960-1050_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
_Ad-Seg unit.D-8 / officer MR T.TRAN and officer MR M.G.RAMOS._

COMPLAINT    - 2 -

Salinas Valley State Prison Administrative Segregation Housing unit. D-8/Floor officer MR T. TRAN. and officer MR M.G. RAMOS. and officer MR GUERRA. and officer MR J. GARCIA/is Responsible for the Safe Custody of the Inmate Confined Inside (Ad-Seg) Housing unit. D-8/See California Code of Regulation Title 15. Section. 3271. Responsibility of Employee's/Every Employee (Regardless) of His or Her (Assignment) is Responsible for the Safe Custody of the Inmate Inside State Prison And on March 27.08 and on March 31.08. Plaintiff sent State Prison officer MR T. TRAN. and officer MR M.G. RAMOS. and officer MR GUERRA. and officer MR J. GARCIA (Notice) By a 602 Appeal Grievance Complaint (Attach) To A Federal Court order (Proof of Service) under case# No.CIV-07-01873-AWI-WMW/See Exhibit. A / Proof of Service (Regarding) Law Library Access and Service See Burkett V. Cunningham. 826.F.2d.1208.23.25.(3d Cir 1987) on Notice To Appeal Plaintiff False Imprisonment/under case# No BA250138/See California Code of Regulation title 15. Section 3084.1. on Right to Appeal and /See In Re Musznski .52.Cal.App.3d.500. (125.Cal.R.P.T.R.286)1975. on Right to Appeal and Exhaust Plaintiff administrative Remedy on Appeal Inside State Prison Due To Prison officials Refusing to Acknowledge Plaintiff is (Acting) as a United State Federal Marshal A (Peace officer) see Civil Procedure Local Rulse. 5-135. (In Possession) of Federal Court orders (Proof of Service) To Investigate Plaintiff False Imprisonment/under State Court order case# No. BA250138 / Due To First Amendment Rights (violation) Due To State Prison Appeal Coordinator office Rejecting and Confiscating Plaintiff 602 Appeal Grievance Complaint/See. B. Regarding Plaintiff illegal Prison Condition False Imprisonment. Due to officer MR T. TRAN. and officer MR M.G. RAMOS. and officer MR GUERRA. and officer MR J. GARCIA. unlawfully Confiscating Plaintiff Legal material. 602 Appeal Grievance Complaint / Attach to A Federal Court order Proof of Service / Due To 602 Appeal Retaliation/See Green V. MCKASKI. 788.F.2d.1116.1126. (5Th Cir 1986) on Time of Determination Reserving Decision/on a 602 Appeal Complaint Due To officer MR T. TRAN and officer MR M.G. RAMOS and officer MR GUERRA. and officer J. GARCIA Depriving Plaintiff of His Liberty/under Penal Code Section 2601 of the First Amendment to the U.S. Constitution Rights To Send and Receive Information on a 602 Appeal Grievance Complaint on Plaintiff False Imprisonment. Due To North Kern Co. Deputy District Attorney office MR Chris White. Depriving Plaintiff of His Liberty/under the 6Th Amendment to the U.S. Constitution Right To (Appear) In Court For a Court Hearing In 48-Hours / under Penal Code Section 825. on Court Hearing./on Criminal Charge Filed Against Plaintiff For Battery on an Inmate with a Deadly weapon To Try To (Cover up) Attempted Murder on Plaintiff Dated 5-26-04 /See Exhibit. C. Evidence

See 1997 Georgetown Law Journal Criminal Procedure Page 1581 on Right To Procedure Due Process The Fifth and Fourteenth Amendment To The U.S. Constitution "Prohibit" The Government From "Depriving" an Inmate of Life or Liberty or Property Without Due Process of Law. Analysis of Procedural Due Process Questions Involves A Two Part Inquiry 1. Whether A Protected Liberty or Property Interest Has Been Interfered with By The State And 2. Whether Procedural Safeguards are Constitutionally Sufficient To Protect Against Any unjustified Deprivation Protected Liberty Interest can Be Created 1. By Due Process Clause of its own Force 2. By A Court order 3. By A Treaty and 4. By State Through Statutes or Regulation The Due Process Clause are Designed To Protect the Individual Against Arbitrary Government Action/see Wriff V. Mc Donnell.418 U.S. 539.558.566.135.94. U.S. Supreme Court 2963 (1974) and see Dent V. west Virginia 127.U.S. 114.123 (1889) and see Harper V. Young 64. F.3d.563.564. (10Th Cir 1995) certain Liberty Interest That Inhere To Due Process clause not Subject To Deprivation without Adherence To Strict Procedural Safeguards / Cert Granted 116. U.S. Supreme Court. 1846 (1996) See Legal Note's Attach on The Sixth Amendment Rights

Relief

Plaintiff request he receive another court order granting plaintiff 30 days to file an application to proceed in forma pauperis (see Exhibit C) so plaintiff civil suit complaint will be process without payment. Due to Salinas Valley State Prison Appeal Coordinator rejecting and unlawfully confiscating plaintiff 602 appeal grievance complaints on plaintiff illegal prison condition. Due to prison officials refusing to acknowledge plaintiff is (acting) as a United State Federal Marshal a (peace officer) see civil procedural Local Rule-5-135 (in possession) of federal court order's (proof of service) case # no CIV-07-01873-AWI-WMW (to investigate plaintiff false imprisonment due to First Amendment right (violation) due to officer mr J. Garcia "unlawfully confiscating" plaintiff 602 appeal attach to federal court order proof of service dated 3-27-08 and officer mr T. Tran and officer mr Guerra and officer mr M.G. Ramos "unlawfully confiscating" 602 appeal attach to federal court order proof of service dated 3-31-08 due to First Amendment right violation. Due to officer mr T. Tran and officer mr Guerra and officer mr M.G. Ramos depriving plaintiff of his liberty to receive law library access and service / so plaintiff can file another state petition on plaintiff false imprisonment / under state court order case # no. BA256138. Due to North Kern Co. Deputy D.A. office mr Chris White depriving plaintiff of his liberty to (appear) in court for a court hearing / on criminal charge filed against plaintiff for battery on an inmate with a deadly weapon to try to (coverup) attempted murder on plaintiff dated May 26.04 / see Exhibit.C. evidence

See Commonwealth: every subject of the Commonwealth ought to find a certain remedy by having recourse of the law. For all injuries or wrong which he may receive in his person or property or character he ought to obtain rights and justice freely and without being obliged to purchase it completely and without any denial promptly and without delay conformably to the law. / see Commonwealth V. Hanley. 337. Mass. 384. N.E. 2d. 608. 66. A.L.R. 2d. 222 (1958)

on rights to appeal plaintiff illegal prison condition due to officer mr T. Tran and officer mr Guerra and officer mr M.G. Ramos. depriving plaintiff of his liberty / under Penal Code Section 2601 of the First Amendment to the U.S. Constitution rights to receive law library access and service to file another state petition / see Housley V. Dodson 41.F.3d.59.98.99. (10th cir 1994) and see Bounds V. Smith. 430.u.s. 817. 97. U.S. Supreme Court 1491 (1977) on law library access and service so plaintiff can file another state petition on plaintiff false imprisonment. Due to North Kern Co. Deputy D.A. office. depriving plaintiff of his liberty to (appear) in court for a court hearing / on criminal charge filed against plaintiff dated 5-26-04

See 1997 George Town Law Journal Criminal Procedure Page 1581
Right to Procedure Due Process the Fifth and Fourteenth Amendment to the U.S. Constitution "prohibit" the government from "depriving" an inmate of life or liberty or property without due process of law. Analysis of Procedural Due Process questions involves a two inquiry 1. whether a protected liberty or property interest has been interfered with by the state and 2. whether procedural safeguards are constitutionally sufficient to protect against any unjustified deprivation protected liberty interest can be created 1. by Due Process clause of its own force 2. by a court order 3. by a treaty and 4. By state through statutes or regulation the Due Process clause are designed to protect the individual against arbitrary government action. / see Wolff v. McDonnell 418.U.S.539. 558.560.935. 94. U.S. Supreme Court 2963 (1974) and legal note's on the Sixth Amendment Rights to Counsel

Case 3:08-cv-01764-SI  Document 4  Filed 04/15/2008  Page 5 of 8
Case 1:07-cv-00946-AWI-WMW  Document 1  Filed 06/29/2007  Page 19 of 21

(E)

Notice
I Need "Another" Court Order
Due to Prison officials
un Lawful Influence To Refuse
To Sign And Date Application
To Proceed In forma Pauperis

FILED

2004 DEC 23 A 8 39

CLERK US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

TONY BLACKMAN,

    Plaintiff,

v.

D. TAXDAHL,

    Defendant.

CV F 04 5729 AWI LJO P

ORDER RE GRANTING
PLAINTIFF THIRTY DAYS TO
FILE AN APPLICATION TO
PROCEED IN FORMA
PAUPERIS

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 28, 2004, the Magistrate Judge ordered Plaintiff to file a completed application to proceed in forma pauperis along with a certified copy of Plaintiff's trust account statement, or in the alternative, pay the $150.00 filing fee for this action within thirty days. When Plaintiff did not comply with this order or respond in any way, on October 26, 2004, the Magistrate Judge filed Findings and Recommendations that recommended this action be dismissed for Plaintiff's failure to obey a court order.

    On November 29, 2004, Plaintiff filed an amended complaint, along with objections. In this document, Plaintiff claims that because of a prison transfer and prison officials refusal to process his application to proceed in forma pauperis, Plaintiff has been unable to obtain the

9

1  officer mr Guerra, officer mr J. Garcia
2
3
4
5  III.    Statement of Claim.
6       State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10       See Attach Sheet Statement of claim

23  IV.    Relief.
24       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26       See Attach Sheet on Relief

COMPLAINT                              - 3 -

1
2
3
4
5   I declare under penalty of perjury that the foregoing is true and correct.
6
7   Signed this __13__ day of __APRIL__, 20_08_
8
9                              _Terry Blackman_
10                              (Plaintiff's signature)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                    - 4 -

Wolff V. McDonnell 418. United State 539. 41. L. Ed. 2d. 935. 94. United State Supreme Court. 1963. Page 940. Criminal Law and 46. 4. Right To Counsel Criminal Setting 31. The Reach of The Sixth Amendment Right To Counsel is only To Protect The Attorney Client Relationship From Intrusion In The Criminal Setting

United State Supreme Court Report Lawyer Edition. Annotated. Book-18. L. Ed. 2d. United State. 388. (pp. 213 End. 387. Court. Rule. / Page 1021) Washington V. Texas /388 United State 14. 18. L. Ed. 2d. 1019. 87. United State Supreme Court. 1920

1). In all criminal prosecution the accused shall enjoy the Right to a Speedy and Public Trial By an Impartial Jury of The State and District where In The Crime Shall Have Been committed which District Shall Have Been Previously Ascertained By Law And To Be Informed of The Nature and Cause of The Accusation. To Be Confronted with The Witnesses Against Him To Have Compulsory Process for Obtaining witnesses In His Defense 2./N/OR) Shall Any State Deprive Any Person of Life or Liberty or Property Without Due Process of Law. (3) See Fuller V. State 397. Sw 2d. 434. (Tex. Crim. App. 1966)

Wolff V. Mc Donnell /418. United State. 539. 41. L. Ed. 2d. 935. 94. United State Supreme Court. 2963 (Page 941) Constitutional Law and 746. Due Process Access To Court. (38) The Right of Access To The Court Founded In Due Process Clause and Assure's That "No" Person will Be Denied The Opportunity To Present To The Judiciary Allegation Concerning Violation of Fundamental Constitutional Rights.

Deering Penal Code. 1998 (Chapter-8 / Section. 236)
False Imprisonment (Defined) Punishment. Cal. Jar. 3d. (Rev) Criminal Law $$ 586 E.T. Seq. 236. False Imprisonment (Defined) False Imprisonment is The "Unlawful Violation" of The Personal "Liberty" of Another Enacted 1872 Witkin And Epstein Criminal Law. 2d. Ed. 441. 443. Witkin Summary (9th Ed) Tort. 318. Cal. Jar. 3d. (Rev) Assault and other Wilful Torture 46. 47. Criminal Law. 580

See 1997 George Town Law Journal Criminal Procedure Page. 1582 (Dictum) Federal Court may order Prisoner Release only In Sufficiently Egregious Case's E.g. if Federal Court Found Due Process Violation Gave "State Notice" And State Court Purposely Allowed Violation To Continue) See Burkett V. Cunningham. 826. F. 2d. 1268. 23. 25. (3d. Cir 1987)

• Notice To Appeal Due To State Court Depriving Plaintiff of His Liberty To A Public Trial on Criminal Charge's Filed Against Plaintiff Dated May 26. 04 And on Aug 27. 07 For Battery on An Inmate with A Deadly Weapon / But Due To Unlawful Influence In denial of Discrimination "Grave Mental Block" State Court Refuse To Acknowledge Plaintiff (Notice) For A Public Trial on Criminal Charge's Dated 5-26-04. 8-27-07

Notice

Federal Court: Some People are In denial Due To "Subconsciously" Having A Problem Causing The In denial of Some People "Fearing" what The Truth might Hold. Causing The In denial of Some People "Refusing" To Face Any Problem In Life That They might Have are "Reason" with other People To Try To Solve There Problem In Life

"Without Criticizing" Being Negative Toward other People Problem In Life Remember

(Sample Proof of Service - To Be Attached to All Documents Submitted to the Court)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Tony Blackman # V-22349
P.O. Box-1050
Soledad Calif. 93960

v.

Officer T. Tran, Officer M.C. Ramos
Officer Guerra, Officer J. Garcia

Administrative Segregation / unit. D-8
Salinas Valley State Prison

Case Number: Civ-07-01823-AWI-WMW

**PROOF OF SERVICE BY MAIL**

I hereby certify that on  3-21-08 and 3-31-08 , I served a copy of the attached  Proof of Service ,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at  Salinas Valley State Prison :

**(List Name and Address of Each Defendant or Attorney Served)**

Officer T. Tran, Officer M.C. Ramos
Officer Guerra, Officer J. Garcia
Salinas Valley State Prison
P.O. Box-1050
Soledad Calif. 93966-1050

I declare under penalty of perjury that the foregoing is true and correct.

Tony Blackman

(Name of Person Completing Service)

Gave Them Notice Do Not Send Appeal To The Appeal Coordinator Informal Level Only!
Officer T.Tran. To M.G.Ramos. C/o Guerra. To J.Garcia

Case 3:08-cv-01764-SI    Document 4-29    Filed 04/15/2008    Page 2 of 9

STATE OF CALIFORNIA                                                                          DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region        Log No.           Category
1. _____                 1. _____        _____
2. _____                 2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Blackman Tony    NUMBER: V-22349    ASSIGNMENT: T.M.D.    UNIT/ROOM NUMBER: D-8/cell-117

A. Describe Problem: On 3-27-08 I Gave C/o J.Garcia. A 602 Appeal Attach To A Federal Court Order Proof of Service Case# No Civ-07-01873-AWI-WMW (Regarding) Protection But Was Unlawfully (Confiscated) To Refuse To Surrender A (Decision) On A 602 Appeal/ And On 3-31-08 I'Gave C/o T.Tran. And C/o Guerra and C/o M.G.Ramos A 602 Appeal Attach To A Federal Court Order Proof of Service. Case# No.Civ-07-01873-AWI-WMW (Regarding) Law Library Access But Was Unlawfully (Confiscated) To Refuse To Surrender A (Decision) On A 602 Appeal See Green V. McKaski.788.F.2d.1116.1126 (5th Cir 1986) On Time Determination Reserving Decision / On A 602 Appeal Grievance Complaint

If you need more space, attach one additional sheet.

B. Action Requested: On 3-27-08 C/o J.Garcia Deprive me of my First Amendment Rights By unlawfully Confiscating 602 Appeal Dated 3-27-08 / and on 3-31-08 C/o T.Tran. C/o Guerra. And C/o M.G.Ramos. Deprive me of my First Amendment Rights By Unlawfully Confiscating 602 Appeal Grievance Complaint Dated 3-31-08 Attach To Federal Court Proof of Service

Inmate/Parolee Signature: Tony Blackman        Date Submitted: 2-008

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: Right To Receive A Staff Decision On A 602 Appeal (Denied) See In Re Muszalski 52.Cal.App.3d.500.(125.Cal.R.P.T.R.286) 1975) On Right To Appeal And Receive A Decision On Appeal

Staff Signature: _____        Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____        Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed        CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

Notice Do not send appeal to the appeal coordinator This is an Informal Level (only)
Counselor-2 Mr L.K. Mensing

Inf

STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region   Log No.   Category
1. _____   1. _____   10
2. _____   2. _____   CAI

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

Law Library

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Tony Blackman | V-22349 | T.W.D. | D-8/CAU-117 |

A. Describe Problem: On Jan 29.08 Appellant Receive a Federal Court order / under case # no CIV-07-01873-AWI-WMW / But due to unlawful Influence Appellant is still Being Denied an Appeal Assignment Notice Receipt for his Appeal Complaint So Appellant can Receive Personal Clothing From Sear Catalog Dept Store To Remind Prison Official Appellant is Acting as a U.S. Federal Marshal a (Peace Officer) See Civil Procedure Local Rule 5-135 (In Possession) of Federal Court order Proof of Service To Remind Prison official c To Stop obstructing Justice Interfering with a Federal Court Investigation

If you need more space, attach one additional sheet.   Continue on Page, 1

B. Action Requested: Need Law Library Access and Service To Appeal In State and Federal Court Due To my False Imprisonment / under case # no BA250138 / Due To Prison officials Refusing To Acknowledge I'm Acting as U.S. Federal Marshal a Peace officer See Civil Procedure Local Rule 5-135

Inmate/Parolee Signature: Tony Blackman     Date Submitted: 3-2-08

C. INFORMAL LEVEL (Date Received: 18 MAR 2008)   DENIED.
Staff Response: THERE ARE NO ITEMS PENDING WITH YOUR NAME NOR CDC NO. (NO COPY REQUESTS, NO REQUESTS FOR ACCESS). ON 02/08/08 YOU WERE DUCATED FOR LIBRARY ACCESS AND YOU REFUSED, ON 3/14/08 VARIOUS LEGAL PAPE WERE FORWARDED TO THE AD SEG LAW LIBRARY WITHOUT A COPY REQUE FORM ATTACHED NOR ANY INDICATION OF WHAT YOU WERE REQUESTI SO ITEMS WERE RETURNED WITH D8 CUSTODY STAFF.

Staff Signature: _____   Date Returned to Inmate: 18 MARCH 2008

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Notice Federal Court (Evidence) To Prove Plaintiff Have a Right To Receive a (Decision) on a 602 Appeal Form C/O T.Tran and C/O Guerra and C/O J.Garcia and C/O M.G. Ramos (Refuse) To Surrender a Decision on a 602 Appeal Complaint (Like) CCII LT. Mr. L.K. Mensing But Appeal was (Denied) But Still I Receive a (Decision) on Appeal

Signature: _____   Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed   CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim   See In Re Muszalski. 52.cal.App.

IN THE

# Court of Appeal of the State of California

IN AND FOR THE

## THIRD APPELLATE DISTRICT

c/o T. TRAN • c/o Guerra • c/o m. C. Ramos.
was given A (copy) of this Third Appellate Court Decision
Dated 3-31-08 But was unlawfully confiscated
See Green v. McKaski 788. F.2d. 1116.1126
(5th Cir 1986) Time of Determination Reserving
Decision /on Appeal

FILED

FEB - 1 2007

COURT OF APPEAL - THIRD DISTRICT
DEENA C. FAWCETT
BY_____ Deputy

In re TONY BLACKMAN on Habeas Corpus.

C054710
Monterey County
No.

BY THE COURT:

The petition for writ of habeas corpus is denied.

Dated: February 1, 2007

SCOTLAND, P.J.
Arthur G. Scotland
------------------------------

cc: See Mailing List

Third Appellate Court Deprived Plaintiff of His Liberty To Receive A
copy of Third Appellate Court Decision /under case# no. BA250138
(Printed) on Plaintiff State Petition Dated 2-1-07

D

STATE OF CALIFORNIA                     DEPARTMENT OF
CORRECTIONS

## TRUST ACCOUNT WITHDRAWAL ORDER

To: TRUST OFFICE

APPROVED BY: _____  DATE: FeB 19, 2008
     SVSP LIBRARY STAFF

I hereby request that my Trust Account be charged $ _____ for the purchase of the following legal supplies and / or service and authorize the withdrawal of the sum indicated from my account.

V-22349    Tony Blackman    D-8/cell-117
CDC NUMBER  INMATE'S NAME (PRINT)  BLDG. / CELL #

ENVELOPES, 9" X 12"  $ .30 X _____ = $ _____
ENVELOPES, 10" X 12"  $ .30 X  5  = $ _____
BUSINESS ENVELOPES  $ .05 X 10 = $ _____  Tony Blackman
TYPING PAPER    $ .02 X 10 = $ _____  INMATE'S SIGNATURE

* PER OP#21, (PAGE 16) ONLY 10 SHEETS OF PAPER PER COURT ACTION, WHICH YOU MUST VERIFY WITH LIBRARIAN THAT *THE TYPING PAPER IS FOR YOUR CASE AND USED ONLY FOR LEGAL SERVICES.

* NO MORE THAN THREE (3) LARGE ENVELOPES ON AN ORDER. IF INDIGENT 2 PEN FILLER A MONTH / OR $ .25 EA.

## SALINAS VALLEY STATE PRISON
## **LIBRARY ACCESS REQUEST**

Tony Blackman  V-22349  D-8/cell-117  2-19-08
**INMATE'S FULL NAME**  **CDC NUMBER**  **BLDG/CELL**  **TODAY'S DATE**

CIRCLE ONE:  A2B, A1A UNASSIGN., A1A ASSIGN.
IF A1A ASSIGNED, YOUR WORK ASSIGNMENT: _____ HOURS: _____ RDO'S: _____

I am requesting access to the library for the purpose of: [X] Conducting Legal Research [X] Enrolling as a PLU
[ ] Recreational Reading of Books and Magazines  [X] Requesting Legal Copies

**NOTE REGARDING PLU INMATES:** SVSP Supplement 53060.16 INMATES WITH COURT DEADLINES (Revision 2/98): Preferred Legal Users (PLU's) are those with a <u>verified</u> court deadline within 30 days and representing themselves in the action. Only inmates acting 'In Pro Per' will be afforded PLU status. PLU's will receive priority access to the library. To request PLU status, an inmate must submit a written request Law Library Access and include the line, "I am a PLU." If the inmate indicates that he is a PLU but can't provide proof indicating a court deadline, he is in violation of Director's Rule 3021 and subject to a CDC 115. When court documents are unclear for purpose of establishing a deadline, library staff will need clarification to be provided by the inmate.

[X] I AM A PLU: My basis for this declaration is:
Eastern District Federal Court Civ-07-01823-HWT-wmw 3-29-08 Tony Blackman
**Court:**    **Active Case Number:**  **Deadline Date:**  **Inmate's Signature:**

# INMATE / PAROLEE APPEAL SCREENING FORM

CDCR-695

INMATE: **Blackman**   CDC #: **V22349**   CDC HOUSING: **A5-217** 127

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.

PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

| | |
|---|---|
| [ ] Requested Action Already Taken | [ ] Requested Appeal Withdrawn |
| [X] Duplicate Appeal; Same Issue | [ ] Appeal Previously Received and Processed |
| [ ] Appealing Action Not Yet Taken | [ ] Incomplete 602 – Complete Next Appropriate Section |
| [ ] Incomplete Appeal – Documents Not Attached | [ ] Incomplete 602 – Sign and Date Appropriate Section |
| [ ] Time Constraints Not Met | [ ] Limit of One Continuation Page May Be Attached |
| [ ] Cannot Submit On Behalf Of another Inmate | [ ] Incomplete Disciplinary Appeal – Missing Documents* |
| [ ] Appeal Process Abuse – Inappropriate Statements | [ ] Incomplete Property Appeal – Missing Documents* |
| [ ] No Significant Adverse Effect Demonstrated | [ ] Failed to Provide Necessary Copies of Chrono(s)* |
| [ ] Action / Decision Not Taken By CDCR | [ ] Appeal Process Abuse – Pointless Verbiage |
| [ ] Action Sought Is Under Sentencing Court Jurisdiction | [X] May Submit One (1) Non-Emergency Appeal Per Week |
| [ ] Submit Issue to Assigned Parole Office | [ ] Attempting to Change Original Appeal Issue |
| [ ] Appeal Matter to VCGCB | [ ] Not Authorized to Bypass Any Level |
| [ ] DRB Decisions Are Not Appealable | [ ] Appeal Issue & Reasonable Accommodation Not 1824 |
| [ ] Request for Interview; Not an Appeal | [ ] Do Not Combine Staff Complaints with Other Issues |
| [ ] More than one issue – one issue per appeal | [ ] Emergency Not Warranted-CCR 3084.7 |

[ ] **Not a Request Form; Use CDCR-7362** – to access Medical Services, submit your request on a CDCR-Form 7362, Health Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.*

## PLEASE ATTACH AS NOTED BELOW:

| | | | |
|---|---|---|---|
| [ ] | CDC 115/Hearing Officer's Results | [ ] | CDC 128C Medical Chrono |
| [ ] | CDC 115 with IE/DA information | [ ] | CDC 1819 Denied Publications |
| [ ] | Supplemental Reports to CDC 115 | [ ] | CDC 128 A |
| [ ] | CDC 1030 Confidential Disclosure | [ ] | CDC 128 B |
| [ ] | CDC 114D Lockup Order | [ ] | CDC 143 Property Transfer Receipt |
| [ ] | CDC 128G ICC/UCC | [ ] | Cell Search Slip |
| [ ] | CDC 128G CSR Endorsement Chrono | [ ] | Receipts |
| [ ] | CDC 839/840 Class/Reclass Score Sheet | [ ] | Qtr. Pkg. Inventory Slip |
| [ ] | CDC 7219 Medical Report | [ ] | Trust Account Statement |
| [ ] | **Other: SEE COMMENTS BELOW** | [ ] | Property Inventory Receipt |

Comments: You may write on back of this form to clarify or respond to the above.

602 Appeal Grievance Complaint ReJected and Unlawfully Confiscated Dated 5-21-07 and 5-28-07 and 10-25-07 and 12-5-07 and 2-3-08 and 8-1-07 due to Retaliation see Green v. McKaski. 788 F.2d. 1116. 1126. (5th Cir 1986) which Prohibit Confiscating Appeal's

T. Variz, Correctional Counselor-II
Appeals Coordinator
Salinas Valley State Prison

Date: **12/22/06**

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

## PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

" See Reverse Side " on Back for Comment...

Notice Federal Court (Appeal Rejection Notice) Issued Due to 602 Appeal Reprisals Action Retaliation Due to Federal Court Order (Removal) of Appeal Coordinator CC-II. LT. Mr T. Variz. From the Appeal office / under Federal Court Order. Case# No. Civ-06-1239-AWI-WMW

and the (Removal) of Appeal Coordinator CC-II. LT. Mr Eloy Medina. From the Appeal office / under Federal Court Order Case# No. Civ-06-1067-OWW-SMS

and Former Appeal Coordinator CC-II. LT. Mr J. W. Luman. From the Appeal office Federal Court Order (Removal) under Federal Court Order Case# No.Civ-05-01387-OWW-SMS. / Due to Civil Rights (violation)

Due to Prison officials Depriving Plaintiff Procedural Protection to Stop unnecessary Deprivation 602 Appeal Grievance Complaint. Due to Prison officials Depriving Plaintiff of his Liberty / under Penal Code Section 2601 of the First Amendment to the U.S. Constitution Right to Receive Law Library Access and Service to File a State Petition for Writ of Habeas Corpus. on Plaintiff False Imprisonment / under Case# No. BH250138

See Procedural Protection / See Matthew V. Eldridge 424. U.S. 319. 335. 96. U.S. Supreme Court. 893. (1976) Procedural Protection when State Deprive a Person of its Liberty it "must" Provide that Person with Procedural Protection 602 Appeal Grievance Complaints (Decision) (Enforced) By Prison officials / see Bucker V. Hollins 983 F.2d. 119.123 (8th Cir 1993). on Peace officers (Duty To Intervene) To Stop other officers unnecessary Depriving Prisoners of there Liberty To Receive a Decision, on a 602 Appeal Grievance Complaint Regarding (unnecessary) Cruel and unusual Punishment upon a Prisoner In State Prison. But due to unlawful Influence Indenial of Discrimination Grave mental Black Prison officials Refuse to acknowledge Notice To Intervene To (Stop) unnecessary Deprivation

Notice

Federal Court: Some People are Indenial Due to Subconsciously Having a Problem causing the Indenial of some People fearing what the Truth might Hold. Causing the Indenial of some People Refusing to face any Problem In Life That They might Have are Reason with other People To Try To Solve there Problem In Life without Criticizing Being Negative Toward other People Problem In Life Remember.



Date: June 22, 2004

To: M. Junious
Facility "B" Captain

Subject: **INCIDENT #NKP-B-04-05-0131**
**RE: I/M BLACKMAN, CDC#: V-22349**
**115 LOG # FB-04-05-0027**

The above referenced incident package was submitted to the Kern County District Attorney's office to consider criminal prosecution for **PC4501**.

Offense: **BATTERY ON AN INMATE.** with a Deadly weapon

Incident date: **05-26-04.**

On **June 22, 2004**, North Kern State Prison Investigative Services Unit received notification that Kern County Deputy District Attorney, Chris White, **DECLINED** to prosecute this matter.

**This memorandum completes the Investigative Services Unit's interest in this matter.** If you have any questions regarding this case, please contact Court Liaison Officer J. Wescott at extension 5535.

D. McCall
Correctional Lieutenant
Investigative Services Unit

cc:  Warden                        Central-File
     Chief Deputy Warden           ISU File
     Unit Associate Warden         ISU Evidence Officer
     Facility Captain              Ad. Seg. CCI
     Facility Lieutenant           Inmate

A:/DA-DEC

May 26 2005
This was They want To Transfer To Cells so he Refused



ITEM #PA-1a
ISU OFFICER K.ROSS   INITIAL ___
TR #NKP-B-04-05-0131



ITEM #PA-1b
ISU OFFICER K.ROSS   INITIAL ___
TR #NKP-B-04-05-0131

7th Black Inmate Ledsy Anson Holland #E-14878 who Refuse To Rensa when
he was to cellmate and change # T 64115 /cell 30's



ITEM #PA-1c
ISU OFFICER K.ROSS   INITIAL ___
TR #NKP-B-04-05-0131



ITEM #PA-1d
ISU OFFICER K.ROSS   INITIAL ___
TR #NKP-B-04-05-0131

The Seventh Circuit's Decision In Nelson v Collins, 659 F.2d 420 (7th Cir. 1981) is clearly analogous
In The Instant Case In Nelson The District Ct. Found Double Celling of Inmates To Be
Cruel And Unusual Punishment And ordered The Prison Administrative To (cease)
Double Celling. Id. At 421.

Cell Partner 5/4 And 165 To 175 Pounds
Only OR Given Me A Single cell Chrono

Mr. Tory Blackmnn #V-22349
(Ad-Seg) unit D-8/cell-117/B-Section
Salinas Valley State Prison
P.O. Box 1050
Soledad Calif. 93960-1050

Confidential
Legal Mail

RECEIVED
08 APR 15 PM 1:25

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI
CLERK OFFICE
United State Federal District Court House
Northern District of California
450 Golden Gate Avenue
San Francisco Calif. 94102

9410 02≠3661

02 1A
0004397458
MAILED FROM ZIPCODE 93960
UNITED STATES POSTAGE
PITNEY BOWES
$ 01.14⁰
APR 14 2008