E-filing

FILED

08 APR 25 PM 1:47

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TONY BLACKMAN

        Plaintiff,

    vs.

Roderick Q. Hickman
Director of Corrections

        Defendant.

CV 08 1764

CASE NO. _____ SI

PRISONER'S
APPLICATION TO PROCEED (PR)
IN FORMA PAUPERIS

I, _____, declare, under penalty of perjury that I am the
plaintiff in the above entitled case and that the information I offer throughout this application
is true and correct. I offer this application in support of my request to proceed without being
required to prepay the full amount of fees, costs or give security. I state that because of my
poverty I am unable to pay the costs of this action or give security, and that I believe that I am
entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✕

If your answer is "yes," state both your gross and net salary or wages per month, and give the
name and address of your employer:

Gross: _____N/A_____    Net: _____

Employer: _____

_____N/A_____

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.  (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____ N / A _____

5    _____

6    _____

7    2.    Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.    Business, Profession or                Yes ____  No X

10       self employment

11       b.    Income from stocks, bonds,             Yes ____  No X

12       or royalties?

13       c.    Rent payments?                         Yes ____  No X

14       d.    Pensions, annuities, or                Yes ____  No X

15       life insurance payments?

16       e.    Federal or State welfare payments,     Yes ____  No X

17       Social Security or other govern-

18       ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____ N / A _____

22   _____

23   3.    Are you married?                           Yes ____  No ✔

24   Spouse's Full Name: _____ N / A _____

25   Spouse's Place of Employment: _____ N / A _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $___ N / A _____   Net $____ N / A _____

28   4.    a.    List amount you contribute to your spouse's support:$ __ N / A _____

1        b.    List the persons other than your spouse who are dependent upon you for

2              support and indicate how much you contribute toward their support. (NOTE:

3              For minor children, list only their initials and ages. DO NOT INCLUDE

4              THEIR NAMES.).

5    _____ N / A _____

6    _____

7    5.    Do you own or are you buying a home?        Yes ____ No _X___

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?                    Yes ____ No _X__

10   Make ___N / A_____ Year _____ Model _____

11   Is it financed? Yes _____ No __X___ If so, Total due: $_____

12   Monthly Payment: $_____

13   7.    Do you have a bank account? Yes _____ No _X__ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____ N / A _____

16   Present balance(s): $_____ N / A _____

17   Do you own any cash? Yes ____ No _X_ Amount: $_____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ____ No _X_

20   _____

21   8.    What are your monthly expenses?

22   Rent: $_____ N / A _____ Utilities: _____

23   Food: $_____ Clothing: _____

24   Charge Accounts:

25   Name of Account          Monthly Payment          Total Owed on This Acct.

26   ___N / A_____    $_____    $___N / A_____

27   _____    $_____    $_____

28   _____    $_____    $_____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable. Do <u>not</u> include account numbers.)

3  _____ N / A _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes  X  No ____

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  Blackman V. Third Appellate Court Judge Coleman A. Blease

10  CIV-07-01873-AWI-WMW

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15  4-20-08                    Tony Blackman

16

17        DATE                    SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2   Case Number: _Civ- 08- 1764-12-SI_

3

4

5

6

7

8                    **CERTIFICATE OF FUNDS**

9                             **IN**

10                   **PRISONER'S ACCOUNT**

11

12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _____ for the last six months
                                              [prisoner name]
14   _____ where (s)he is confined.
            [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $_____.

18

19   Dated:_____          _____

20                                      [Authorized officer of the institution]

21

22

23

24

25

26

27

28

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 19, 2007

ACCOUNT NUMBER : V22349                      BED/CELL NUMBER: FAB4T1000000142W
ACCOUNT NAME   : BLACKMAN, TONY                ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY

CURRENT
AVAILABLE
BALANCE
-------------
0.00
-------------

*Need ANoTher "CerTified PrinTed"
"up" To DAtec Copy*

1
2                                                        Case Number: _____
3
4
5
6
7
8
9                        CERTIFICATE OF FUNDS
10                                      IN
11                        PRISONER'S ACCOUNT
12
13          I certify that attached hereto is a true and correct copy of the prisoner's trust account

                                            V22349
14   statement showing transactions of __Blackman, Tony__ for the last six months

15   at

16   **SALINAS VALLEY STATE PRISON**
     **ACCOUNTING DEPARTMENT**                    [prisoner name]
     **P.O. BOX 1020**
17   **SOLEDAD, CA 93960-1020**
     _____ where (s)he is confined.

18                 [name of institution]

19          I further certify that the average deposits each month to this prisoner's account for the

20   most recent 6-month period were $ ___0___ and the average balance in the prisoner's

21   account each month for the most recent 6-month period was $ ___0___ .

22

23   Dated: __4/23/08__                    __L. macias__

24                                            [Authorized officer of the institution]

25

26

27

28

                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   SALINAS VALLEY STATE PRISON
                                  INMATE TRUST ACCOUNTING SYSTEM
                                  INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: OCT. 01, 2007 THRU APR. 23, 2008

ACCOUNT NUMBER : V22349                           BED/CELL NUMBER: FDB8T1000000117L
ACCOUNT NAME   : BLACKMAN, TONY                   ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                                   TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                                 CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/08/2008 | H118 | LEGAL COPIES HOLD | 2589 LCOPY | 3.90 |
| 04/14/2008 | H118 | LEGAL COPIES HOLD | 2615 LCOPY | 1.50 |
| 04/18/2008 | H118 | LEGAL COPIES HOLD | 2698 LCOPY | 3.90 |
| 04/18/2008 | H114 | COPAY FEE, MED. | 2700COPAY | 5.00 |

                                  TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 14.30 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:        4/23/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  X. macias
    TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------------
14.30-
---------------

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

# E-filing

**SI**

Dear Sir or Madam:

**(PR)**

Your complaint has been filed as civil case number _____

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
                Deputy Clerk

BLACKMAN

rev. 10/25/07



## BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 12615     WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

